UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**AMENATA TUNKARA,** *et al.*,
    **Plaintiffs,**

    v.          Case Number 2:25-cv-529
                         Judge Edmund A. Sargus, Jr.
                         Magistrate Judge Chelsey M. Vascura

**PRESIDENT DONALD J. TRUMP,** *et al.*,
    **Defendants.**

## ORDER

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge on January 12, 2026. (ECF No. 23.) The Magistrate Judge recommends that Plaintiffs Amenata Tunkara and Hagie Camara's action be dismissed for failure to prosecute. (*Id.*)

Plaintiffs, through counsel, brought this lawsuit under the Administrative Procedure Act, 5 U.S.C. § 551, *et seq.*, and the Immigration and Nationality Act, 8 U.S.C. § 1101, *et seq.*, alleging that the United States Citizenship and Immigration Service arbitrarily and capriciously revoked Ms. Tunkara's Form I-130, Petition for Alien Relative, Application to Register Permanent Residence or Adjust Status. (ECF No. 1.)

On September 10, 2025, Plaintiffs' counsel moved to withdraw from representation because "Plaintiffs' lack of communication and cooperation render[ed] it impossible for Counsel to effectively represent the Plaintiffs." (ECF No. 20.) The Court granted the motion and ordered Plaintiffs to retain new counsel or indicate whether they intend to proceed *pro se* within 30 days. (ECF No. 21.) Plaintiffs did not respond.

On December 18, 2025, the Court issued a Show Cause Order requiring Plaintiffs to show cause within 14 days why the action should not be dismissed for failure to prosecute. (ECF

No. 22.) The Show Cause Order warned Plaintiffs that failure to respond would result in dismissal of the action for failure to prosecute. (*Id.*) Plaintiffs did not respond to the Show Cause Order.

On January 12, 2026, the Magistrate Judge issued a Report and Recommendation recommending dismissal of Plaintiffs' action for failure to prosecute because Plaintiffs did not comply with the Court's prior orders. (ECF No. 23, PageID 133–34.)

After a magistrate judge issues a report and recommendation, any party may object within 14 days by serving and filing written objections to the magistrate judge's proposed findings and recommendations. 28 U.S.C. § 636(b)(1)(C). Failure to object results in waiver of the right to a *de novo* review of the Report and Recommendation by the district court. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Plaintiffs were advised of their right to object to the Report and Recommendation and the consequences of failing to do so. (ECF No. 23, PageID 134.) Plaintiffs did not object to the Report and Recommendation.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. (ECF No. 23.) Plaintiffs' action is **DISMISSED** for failure to prosecute under Federal Rule of Civil Procedure 41(b). Defendants' Motion to Dismiss is **DENIED as moot**. (ECF No. 12.)

The Clerk is **DIRECTED** to enter judgment and close this case.

The Clerk is further **DIRECTED** to mail a copy of this Order to Plaintiffs Amenata Tunkara and Hagie Camara at 5628 Great Woods Boulevard, Columbus, Ohio 43231.

**IT IS SO ORDERED.**

2/5/2026                                             s/Edmund A. Sargus, Jr.
**DATE**                                             **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**